ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NO. 3:13-cr-00069-3** |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE BROWN** |
| **CLAUDIO PILLADO-CABRERA** | ) | |

## MOTION TO CANCEL DETENTION HEARING

Defendant Claudio Pillado-Cabrera, through counsel, moves this Court to strike defendant's Motion for Detention Hearing from the Court's docket currently scheduled for June 20, 2013 at 2:30 p.m. (Docket No. 54). In support defendant would show:

1. Defendant's detention hearing is currently scheduled for June 20, 2013 at 2:30 p.m. (Docket No. 54).

2. Defendant is cancelling his request to proceed with the detention hearing at this time, but reserves his right to seek a hearing on pretrial release at some point in the future, if appropriate.

3. Counsel has spoken to Assistant United States Attorney Alex Little and the government does not oppose this motion, nor does the government oppose defendant's right to request a hearing for pretrial release at some point in the future, if necessary.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax