# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CASE : 3:13-00069-3 |
| | ) JUDGE CAMPBELL/BROWN |
| CLAUDIO PILLADO-CABRERA | ) |
| | ) |

## ORDER

The Defendant, through counsel, has filed a Motion to Set Detention Hearing (Docket Entry No. 84), requesting a detention hearing on Friday, July 26, 2013, after 11:00 a.m., if possible. In the event District Judge Campbell refers this matter to the Magistrate Judge, the Defendant's counsel should contact Magistrate Judge Griffin's office for availability.

**ENTERED THIS 24th day of July, 2013.**

/S/ Joe B. Brown
**JOE B. BROWN**
**United States Magistrate Judge**