UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| CLAUDIO PILLADO-CABRERA | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Leave To Proceed Under Seal (Docket No. 182). The Motion is GRANTED.

Also pending before the Court is the Defendant's Unopposed Motion To Continue Sentencing Hearing (Docket No. 181). Through the Motion, the Defendant seeks to continue the sentencing hearing in this case, currently set for August 4, 2014. The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED until October 24, 2014, at 3:00 p.m.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE